IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DIONKO HORTON                                                                           PLAINTIFF

vs.                                    Civil No. 10-CV-4169

BOBBY SLIGER, *et al.*                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 5, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 47). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice on the grounds that Plaintiff has failed to comply with the Local Rules and the Court's orders and that Plaintiff has failed to prosecute this action. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge